# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>HAWAIIAN TELCOM COMMUNICATIONS, INC.,<br><br>      Debtor. | Case No.: 08-02005<br>Chapter 11 |
| SHULTS & TAMM, ALC as LITIGATION TRUSTEE,<br><br>      Plaintiff,<br><br>  vs.<br><br>LOREN D. TOBEY,<br><br>      Defendant. | Adv. Pro. No. 11-90013<br><br><br><br>Re: Docket No. 22 |

**MEMORANDUM CONCERNING <u>EX PARTE</u> APPLICATION**
**<u>FOR ORDER AUTHORIZING FILING OF EXHIBITS UNDER SEAL</u>**

     This is an adversary proceeding in bankruptcy. Fed. R. Bankr. P. 7001. Plaintiff has filed an <u>ex parte</u> application to file Defendant's employment and termination agreements under seal. (dkt. no. 22). In this court, the filing of documents under seal is governed by Local Bankruptcy Rule 9018-1.

     In this adversary proceeding, Plaintiff, as Litigation Trustee, pursuant to

Debtor's confirmed chapter 11 plan of reorganization, seeks to recover, as avoidable preferences, fraudulent conveyances, and post-petition transfers, payments made to or for the benefit of Defendant Loren D. Tobey, pursuant to the termination of Tobey's employment as Vice President of Debtor.

Plaintiff's ex parte application does not explain or justify why the terms of Defendant's employment or termination by Debtor should be kept confidential and be filed under seal.

Therefore, an order will be entered denying Plaintiff's Application to file the above described documents under seal.

Dated: Honolulu, Hawaii, _____DEC 2 3 2011_____.

_____
Lloyd King
United States Bankruptcy Judge